# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RONTARUS WASHINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-02063-JWB-RES |
| | ) |
| DOUGLAS COUNTY, KANSAS, et al. | ) |
| | ) |
| Defendants. | ) |

## MOTION OF DEFENDANTS DOUGLAS COUNTY KANSAS, FORMER SHERRIF KENNETH MCGOVERN, FORMER SHERIFF RANDY ROBERTS AND SHERIFF JAY ARMBRISTER FOR LEAVE TO EXCEED PAGE LIMITATION FOR MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

COMES NOW Defendants, Douglas County Kansas, former Sheriff Kenneth McGovern, former Sheriff Randy Roberts, and Sheriff Jay Armbrister [collectively "Douglas County Defendants"] and moves this Court for leave to exceed the 15-page limitation in their forthcoming Memorandum in Support of Motion for Judgment on the Pleadings. In support, the Douglas County Defendants state:

1. By local rule, this Court limits motions to 15 pages absent a court order. D. Kan. Rule 7.1(d)(3). Motions to exceed this page limitation must be filed at least three days before the motion's filing deadline. *Id,* at (d)(4). In this case, the Douglas County Defendants executed a waiver of service placing the deadline to file a responsive pleading on **April 24, 2023**. [ECF 5-8]. Therefore, this Motion is timely.

2. In this case, Washington has sued Douglas County, Kansas and the three individual Defendants in both their individual and official capacities. He alleges two separate counts against these Defendants under the Kansas Tort Claims Act and a violation of his Procedural Due Process Rights under the Fourteenth Amendment.

3. The Douglas County Defendants intend on filing an Answer and a Motion for Judgment on the Pleadings. The argument for most of these claims require extensive analysis.

4. To set forth a complete analysis in an organized manner with sufficient references to the allegations asserted, the Douglas County Defendants Memorandum will exceed the page limitations by no more than 7 pages. These Defendants acknowledge that such motions are disfavored and do not make the instant motion lightly. However, the undersigned makes this Motion in good faith with the belief that it is ethically necessary to assist the Court in analyzing the claims and issues raised. Otherwise, counsel is placed in a Catch 22 where the Court could plausibly deny their Motion for Judgment on the Pleadings because it is insufficiently briefed.

WHEREFORE, the Douglas County Defendants request that the Court grant them leave to enlarge their Memorandum in Support of their Motion for Judgment on the Pleadings up to 7 pages.

Respectfully submitted:

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/ Michael K. Seck
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
(913) 339-6757/Fax: (913) 660-7919
mseck@fpsslaw.com
**ATTORNEY FOR DOUGLAS COUNTY DEFENDANTS**

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing pleading this 28th day of March, 2023, with the Clerk of the Court by using the ECF system and served said pleading by *e-mail* to the following:

Larry G. Michel, #14067
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
(785) 825-4674
(785) 825-5936 Fax
lmichel@kenberk.com
ckellogg@kenberk.com
**ATTORNEYS FOR PLAINTIFF**

      /s/ Michael K. Seck
Michael K. Seck, #11393