# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RONTARUS WASHINGTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:23-cv-02063-JWB-RES |
| DOUGLAS COUNTY, KANSAS, et al. | ) ) ) |
| Defendants. | ) |

## MOTION FOR JUDGMENT ON THE PLEADINGS OF DEFENDANTS DOUGLAS COUNTY, KANSAS, FORMER SHERIFF KENNETH MCGOVERN, FORMER SHERIFF RANDY ROBERTS, AND SHERIFF JAY ARMBRISTER

COMES NOW the Defendants, Douglas County, Kansas, Former Sheriff Kenneth McGovern, Former Sheriff Randy Roberts and Sheriff Jay Armbrister [collectively the "Douglas County Defendants"] and moves this Court for an order pursuant to Fed. R. Civ. P. 12(b) and (c) dismissing the First Amended Complaint on the grounds set forth in the accompanying Memorandum in Support.

WHEREFORE, the Douglas County Defendants pray that this Court enter its order dismissing Plaintiff's First Amended Complaint with prejudice, for their costs and attorney's fees pursuant to 42 U.S.C. § 1988 and for such other and further relief as the Court deems just and equitable.

Respectfully submitted:

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/ Michael K. Seck
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
(913) 339-6757/Fax: (913) 660-7919
mseck@fpsslaw.com
**ATTORNEY FOR DEFENDANTS DOUGLAS COUNTY, KANSAS, FORMER SHERIFF KENNETH MCGOVERN, FORMER SHERIFF RANDY ROBERTS, AND SHERIFF JAY ARMBRISTER**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing pleading this 29th day of March, 2023, with the Clerk of the Court by using the ECF system and served said pleading by *e-mail* to the following:

Larry G. Michel, #14067
Chris J. Kellogg, #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
(785) 825-4674
(785) 825-5936 Fax
lmichel@kenberk.com
ckellogg@kenberk.com
**ATTORNEYS FOR PLAINTIFF**

/s/ Michael K. Seck
Michael K. Seck, #11393