KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, Kansas 67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RONTARUS WASHINGTON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 23-CV-2063 |
| DOUGLAS COUNTY, KANSAS, and | ) |
| FORMER DISTRICT ATTORNEY CHARLES E. BRANSON of Douglas County, Kansas, in his individual and official capacity, | ) |
| FORMER SHERIFF KENNETH MCGOVERN, of Douglas County, Kansas, in his individual and official capacity, | ) |
| FORMER SHERIFF RANDY ROBERTS, of Douglas County, Kansas, in his individual and official capacity, | ) |
| SHERIFF JAY ARMBRISTER of Douglas County, Kansas, in his individual and official capacity, | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Rontarus Washington hereby moves the Court for an order extending the deadline for his response to Defendants' motion for judgment on the pleadings. In support of his motion, Plaintiff states and alleges as follows:

1. The current deadline for Plaintiff's response is April 19, 2023 and he is requesting an

extension of time until May 3, 2023.

2. The issues raised in Defendants' motion, involves complex issues of federal constitutional law as well as state law issues. Counsel for Plaintiff therefore requires additional time to evaluate, research and brief these issues.

3. Plaintiff's counsel has conferred with Defense counsel, and he has no objection to the requested extension of time.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the deadline for his response until May 3, 2023.

RESPECTFULLY SUBMITTED,

/s/ Larry G. Michel
Larry G. Michel#14067
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674
lmichel@kenberk.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed the foregoing motion with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to the following:

Michael K. Seck
Fisher, Patterson, Sayler & Smith, LLP
51 Corporate Woods, Suite 300
9393 W. 110th St.
Overland Park, KS  66210
mseck@fpsslaw.com
Attorney for Douglas County Defendants

       Shon D. Qualseth
       Assistant Attorney General/Sr. Trial Counsel
       120 SW 10th Avenue, 2nd Floor
       Topeka, KS 66612-1597
       Attorney for Defendant Charles Branson

on this 13th day of April 2023.

       /s/ Larry G. Michel
       Larry G. Michel