# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**RONTARUS WASHINGTON,**

        Plaintiff,

v.                                                              Case No: 23-2063-JWB

**DOUGLAS COUNTY, KANSAS,**
**CHARLES E. BRANSON,**
**JAY ARMBRISTER,**
**KENNETH MCGOVERN,**
**RANDY ROBERTS,**

        Defendants,

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to memorandum and order filed October 6, 2023, Defendants' motions to dismiss are granted and the case is dismissed without prejudice.

    February 6, 2024                      SKYLER B. O'HARA
        Date                                        CLERK OF THE DISTRICT COURT

                                                  by:   s/ Joyce Roach
                                                               Deputy Clerk